# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CRAIG PACE,<br><br>                  Appellant,<br>vs.<br>ETABEZHU TAYE W-GIYORGIS,<br>INDIVIDUALLY; AND WESTERN CAB<br>COMPANY, INC., A DOMESTIC<br>CORPORATION,<br>            Respondents. | No. 80758<br><br>**FILED**<br><br>DEC 14 2020<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |
| CRAIG PACE,<br><br>                  Appellant,<br>vs.<br>ETABEZHU TAYE W-GIYORGIS,<br>INDIVIDUALLY; AND WESTERN CAB<br>COMPANY, INC., A DOMESTIC<br>CORPORATION,<br>            Respondents. | No. 81249 |

## *ORDER DISMISSING APPEALS*

Pursuant to the stipulations of the parties, and cause appearing, these appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Joanna Kishner, District Judge
   John Walter Boyer, Settlement Judge
   Fassett & Cardoza
   Stovall & Associates
   Emerson Law Group
   Eighth District Court Clerk